

# Fourth Court of Appeals
## San Antonio, Texas

September 12, 2022

No. 04-22-00442-CR

**EX PA**rte Juan Antonio Molina **VALENCIA**,

From the County Court, Maverick County, Texas
Trial Court No. 30906
Honorable Susan D. Reed, Judge Presiding

# O R D E R

The clerk's and reporter's records have now been filed. Appellant's brief is due **October 3, 2022.**

Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of September, 2022.



MICHAEL A. CRUZ, Clerk of Court